**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7392

AARON B. ROBERTS,

                Plaintiff - Appellant,

        v.

WARREN PRUITT, Case Manager; KEVIN BROWN, Case Manager;
GREGG L. HERSHBERGER, Secretary,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:13-cv-03604-GLR)

Submitted:  January 22, 2015          Decided:  January 27, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aaron B. Roberts, Appellant Pro Se.  Dorianne Avery Meloy,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron B. Roberts appeals the district court's order denying his motion for appointment of counsel and granting Defendants summary judgment on his 42 U.S.C. § 1983 (2012) action against them. Roberts has also filed a motion for appointment of counsel on appeal. We have reviewed the record and find no reversible error. Accordingly, we deny Roberts' motion for appointment of counsel and affirm the district court's order. Roberts v. Pruitt, No. 1:13-cv-03604-GLR (D. Md. Aug. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED